| | |
|---|---|
| 1 | BRIAN J. STRETCH SBN CA 163973 |
| | Acting Unites States Attorney |
| 2 | DEBORAH LEE STACHEL CASBN 230138 |
| | Acting Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | JEAN M. TURK, SBN 131517 |
| 4 | Special Assistant United States Attorney |
| | 160 Spear Street Suite 800 |
| 5 | Telephone: 415-977-8935; Fax:  415-744-0134 |
| | E-mail: jean.turk@ssa.gov |
| 6 | |
| 7 | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CRISTA DAVIS on behalf of BJB III, a minor, | Case No.: 3:15-03758 MEJ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), *sentence four*.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision regarding Plaintiff's claim for childhood disability benefits.

1     The ALJ will evaluate the medical evidence in accordance with Social
2 Security Rulings 09-1p and 09-2p for determining childhood disability.  The ALJ
3 will conduct the appropriate three-step sequential evaluation and enlist a qualified
4 physician or medical expert to review all of the record.
5     As noted, this stipulation constitutes a remand under the *fourth sentence* of
6 Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).  The parties
7 further request that the Clerk of the Court be directed to enter a final judgment in
8 favor of Plaintiff, and against Defendant, reversing the final decision of the
   Commissioner.  Defendant is lodging a proposed order approving this stipulation
9 and a proposed judgment.

10
11                                   Respectfully submitted,

12 Dated: December 15, 2015     LAW OFFICES OF KATHERINE SIEGFRIED

13                          By: */s/ Katherine Siegfried\**
                              KATHERINE SIGFRIED
14                             ***As authorized by email on Dec. 14, 2015***
15                             Attorney for Plaintiff

16                             Attorney for Plaintiff
                            BRIAN J. STRETCH SBN CA 163973
17                             Acting Unites States Attorney

18                        By: */s/ Jean M. Turk*
19                             JEAN M. TURK
                            Special Assistant United States Attorney
20                             Attorney for Defendant

21

22

23

24

25

26

1
2                                    ORDER
3
4        Based upon the parties' Stipulation to Voluntary Remand Pursuant to
5  Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation"),
6  and for cause shown, **IT IS ORDERED** that the above-captioned action be
7  remanded to the Commissioner of Social Security for further proceedings
8  consistent with the terms of the Stipulation.
9
10  DATED: December 15, 2015                    _____
11                                              HON. MARIA-ELENA JAMES
                                                UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26