BRIAN J. STRETCH SBN CA 163973
Acting Unites States Attorney
DEBORAH LEE STACHEL, SBN CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
JEAN M. TURK, SBN 131517
Special Assistant United States Attorney
160 Spear Street Suite 800
Telephone: 415-977-8935;Fax:   415-744-0134
E-mail: jean.turk@ssa.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CRISTA DAVIS obo BJB,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:15-cv-03758 MEJ<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:  IT IS ORDERED that fees and expenses in the amount of $2,500.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

January 8, 2016

_____
HONORABLE MARIA ELENA JAMES
MAGISTRATE JUDGE OF THE DISTRICT COURT:

DAVIS EAJA ORDER,
15-cv-03758 MEJ